STATE OF NEW JERSEY v. JOE LOUIS ORR.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD MOODY.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDOLPH D. STILL, A/K/A RANDY STILL.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. CAMPBELL.

September 7, 1988.

Petition for certification denied.